United States District Court
Southern District of Texas
**ENTERED**
October 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FERNANDO VELAZQUEZ ARREDONDO, § § | | |
| Petitioner, § § | | |
| VS. § § | | |
| KRISTI NOEM, Secretary, U.S. Department § of Homeland Security; CARLOS § CISNEROS, Harlingen Field Office § Director, Immigration and Customs § Enforcement, § § | CIVIL ACTION NO. 1:25-CV-226 | |
| Respondents. | | |

**ORDER**

The Court has reviewed the Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief (Doc. 1). To facilitate consideration of the request for emergency injunctive relief, it is:

**ORDERED** that a telephonic status conference is set for October 10, 2025 at 10:30 a.m.; and

**ORDERED** that counsel for Petitioner shall serve Respondents with a copy of this Order and of the Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief (Doc. 1).

Signed on October 7, 2025.

Fernando Rodriguez, Jr.
United States District Judge