United States District Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FERNANDO VELAZQUEZ ARREDONDO, § § | |
| Petitioner § § | |
| VS. § | CIVIL ACTION NO. 1:25-CV-226 |
| § § | |
| KRISTI NOEM *et al.*, § § | |
| Respondents. § | |

## **ORDER**

The Court has reviewed Petitioner Fernado Velazquez Arredondo's Status Report (Doc. 13), in which he informs the Court that Respondents have released him. In this matter, Petitioner challenged his continued detention without a bond hearing. In light of the Status Report, the Court views the Petition for Writ of Habeas Corpus (Doc. 1) as moot. As a result, it is:

**ORDERED** that by no later than November 21, 2025, any party that believes the action is not moot shall file a Statement explaining its position. Absent such a statement, the Court will deny the Petition for Writ of Habeas Corpus as moot.

Issued on November 18, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge