United States District Court
Southern District of Texas
**ENTERED**
December 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FERNANDO VELAZQUEZ ARREDONDO, § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 1:25-CV-226 |
| § § | |
| KRISTI NOEM *et al.*, § § § | |
| Respondents. § | |

# ORDER

On October 6, 2025, Petitioner Fernado Velazquez Arredondo filed a Petition for Writ of Habeas Corpus (Doc. 1) challenging his detention by Immigration and Customs Enforcement. On November 17, 2025, Velazquez Arredondo filed a Status Report, in which he informed the Court that Respondents had released him. (Status Report, Doc. 13) In response, the Court required that any party believing that the Petitioner's release did not render the case moot file a Statement explaining its position by November 21, 2025. (*See* Order, Doc. 14) No party filed a Statement. As a result, it is:

**ORDERED** that Petitioner Fernando Velazquez Arredondo's Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief (Doc. 1) is **DENIED AS MOOT**.

Issued on December 1, 2025.

_____
Fernando Rodriguez, Jr.
United States District Judge